IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:21-cr-00158 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| BRANDON MILLER | ) | |
| JARIUS BRUNSON | ) | |
| DEMARCUS ADAMS | ) | |

## ORDER

Pending before the Court is Defendant Miller's Motion to Reschedule Hearing (Doc. No. 74) which is unopposed. The motion is GRANTED, and the pretrial conference/plea hearing scheduled for May 16, 2022, is RESET for May 9, 2022, at 11:00 a.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE