FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUL 24 2023

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.    3:21-cr-00158 |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| [1] BRANDON MILLER | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | 18 U.S.C. § 922(a)(3) |
| [2] JARIUS BRUNSON | ) | 18 U.S.C. § 922(a)(5) |
| | ) | 18 U.S.C. § 922(a)(6) |
| [3] DEMARCUS ADAMS | ) | 18 U.S.C. § 923(a) |
| | ) | 18 U.S.C. § 924 |
| [7] COREY CURTIS | ) | 18 U.S.C. § 924(o) |
| | ) | 18 U.S.C. § 1956(h) |
| [8] ELIJAH TILLMAN | ) | |
| | ) | |
| [10] LAZARUS GREENWOOD | ) | **UNDER SEAL** |
| | ) | |
| [12] DRESHION PARKS | ) | |
| | ) | |
| [13] CHRISTOPHER MOSLEY | ) | |
| | ) | |
| [14] DONAVER JONES | ) | |
| | ) | |
| [15] JOVANTE KELLER | ) | |
| | ) | |
| [16] KADEEM TOLER | ) | |
| | ) | |
| [17] KAREEM TOLER | ) | |

# THIRD SUPERSEDING INDICTMENT

## COUNT ONE

(Conspiracy to Commit Offenses Against the United States—18 U.S.C. § 371)

THE GRAND JURY CHARGES:

### PURPOSE OF THE CONSPIRACY

1. Beginning not later than October 2020, the exact date being unknown to the Grand Jury, through on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, [7] COREY

CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, including Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, to commit certain offenses against the United States, that is:

A.      To knowingly engage in the business of dealing in firearms without a license and in the course of such business, to ship and transport any firearm in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A);

B.      To willfully transport firearms into another state or receive firearms that the defendant knows were purchased or otherwise obtained outside that state, in violation of Title 18, United States Code, Section 922(a)(3);

C.      To knowingly transfer, sell, trade, give, transport, or deliver any firearm to any person who the transferor knows or has reasonable cause to believe does not reside in the State in which the transferor resides, in violation of Title 18, United States Code, Section 922(a)(5); and

D.      To knowingly make a false and fictitious statement, which statement was intended and likely to deceive federally licensed firearms dealers into believing that the person completing the ATF Form 4473 was the actual transferee/buyer of the firearm when, in fact, the firearm was being purchased for someone else, in violation of Title 18, United States Code, Section 922(a)(6).

2

MANNER AND MEANS

2.    It was part of the conspiracy that [1] BRANDON MILLER would purchase firearms from Federal Firearm Licensees ("FFL"), licensed under Chapter 44 of Title 18, United States Code.

3.    It was further part of the conspiracy that [1] BRANDON MILLER directed [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, and others known and unknown to the Grand Jury, to purchase firearms from FFLs, licensed under Chapter 44 of Title 18, United States Code.

4.    It was further part of the conspiracy that in order to avoid detection, [1] BRANDON MILLER, [2] JARIUS BRUNSON, and [3] DEMARCUS ADAMS would purchase firearms by falsely claiming on ATF Form 4473, the required Firearms Transaction Record, that they were the buyers and transferees of the firearms, when in fact others known and unknown to the Grand Jury, including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, and others known and unknown to the Grand Jury were the true buyers and transferees of the firearms.

5.    It was further part of the conspiracy that members and associates of Kill to Survive ("KTS"), an alliance of members and associates of the Pocket Town Gangster Disciples, Lakeside Gangster Disciples, and Cottage Mob Vice Lords, street gangs in Chicago, Illinois (hereinafter collectively referred to as "KTS Alliance"), including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight

3

Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, and others known and unknown to the Grand Jury would contact [1] BRANDON MILLER and place orders for firearms.

6.      It was further part of the conspiracy that [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, and others known and unknown to the Grand Jury would pay [1] BRANDON MILLER for the firearms by transferring money using various methods, including web-based applications such as CashApp and Zelle and electronic bank transfers, to [1] BRANDON MILLER or others, including [2] JARIUS BRUNSON and [3] DEMARCUS ADAMS at [1] BRANDON MILLER's direction.

7.      It was further part of the conspiracy that [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, and others known and unknown to the Grand Jury, would purchase firearms for subsequent transfer to members and associates of the KTS Alliance, including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased.

8.      It was further part of the conspiracy that in order to cover the cost of purchasing the firearms, [1] BRANDON MILLER would provide money to [2] JARIUS BRUNSON, [3]

4

DEMARCUS ADAMS, and others known and unknown to the Grand Jury, either in advance of the purchase or as a reimbursement after the purchase of the firearms.

9. It was further part of the conspiracy that [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, and others known and unknown to the Grand Jury, then transferred, sold, traded, gave, transported, and delivered these firearms to individuals who resided outside of the States of Tennessee and Kentucky, including in Chicago, Illinois.

10. It was further part of the conspiracy that [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, and others known and unknown to the Grand Jury, would receive firearms in Illinois, the state in which those defendants resided, that they had purchased or otherwise obtained from outside of Illinois.

<u>OVERT ACTS</u>

11. In furtherance of the conspiracy, and to accomplish its object and purpose, at least one co-conspirator committed and caused to be committed, in the Middle District of Tennessee and elsewhere, at least one of the following overt acts, among others:

A. Beginning not later than October 2020, the exact date being unknown to the Grand Jury, through on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, who at the time was a soldier in the United States Army and stationed at Fort Campbell, Kentucky, began coordinating the purchase of firearms in Tennessee and Kentucky for delivery to his associates in Chicago. [1] BRANDON MILLER's associates in Chicago, including [7] COREY CURTIS, [8]

5

ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, now deceased, are members and associates of the KTS Alliance in Chicago.

B.      [1] BRANDON MILLER recruited two fellow soldiers, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, as well as other individuals to purchase firearms to fulfill the demand for firearms of his associates in Chicago.  [1] BRANDON MILLER regularly communicated with his associates in Chicago, including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, regarding the firearms they wished to purchase, the delivery of firearms from the Middle District of Tennessee and elsewhere to Chicago, and disputes between the KTS Alliance and other rival gangs.

C.      On or about October 3, 2020, [1] BRANDON MILLER contacted [14] DONAVER JONES via text message and advised that [1] BRANDON MILLER would charge [14] DONAVER JONES $425 for a .40 caliber handgun;

D.      On or about October 3, 2020, [16] KADEEM TOLER contacted [1] BRANDON MILLER, through an unindicted co-conspirator, to coordinate the purchase of a firearm for $425;

E.      On or about October 3, 2020, [16] KADEEM TOLER transferred $200 to

6

[2] JARIUS BRUNSON via mobile payment applications as a partial payment for a firearm;

F.      On or about October 9, 2020, [16] KADEEM TOLER contacted [1] BRANDON MILLER, through an unindicted co-conspirator, and provided an address for the delivery of a firearm;

G.      On or about December 10, 2020, [1] BRANDON MILLER contacted Dwight Lowry via text message and advised that he would charge $550 for the two firearms pictured in the text message and Dwight Lowry responded, "Ok can you get them to hold it until Friday? I gotta get my bread up." [1] BRANDON MILLER responded, "Yeah I'll buy em and hold em for u g";

H.      On or about December 10, 2020, [1] BRANDON MILLER contacted Dwight Lowry via text message and stated, "the silver one a 380 u still want it it's a steal" and Dwight Lowry responded, "Yup can't beat it";

I.      On or about December 18, 2020, [1] BRANDON MILLER contacted [10] LAZARUS GREENWOOD via text message and asked, "U still want these guns," and [10] LAZARUS GREENWOOD responded, "Yeah I only want this one tho" and then sent a picture of the specific gun he wanted to purchase from [1] BRANDON MILLER;

J.      On or about December 27, 2020, [1] BRANDON MILLER contacted [10] LAZARUS GREENWOOD via text message and coordinated the delivery of firearms that [1] BRANDON MILLER transported from the Middle District of Tennessee to the Chicago area;

K.      On or about December 28, 2020, [3] DEMARCUS ADAMS, at the direction of [1] BRANDON MILLER, purchased a firearm, to wit: a Glock 17, 9mm pistol, Serial Number BRWA198, from Tennessee Gun Country, a FFL, located in Clarksville,

7

Tennessee, and subsequently transferred, sold, traded, gave, transported, and delivered, through [1] BRANDON MILLER, said firearm to an individual residing outside the States of Tennessee and Kentucky;

L.    On or about January 4, 2021, [1] BRANDON MILLER purchased a firearm, to wit: a Glock 23, .40 caliber Pistol, Serial Number AEKW006, from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky, and subsequently transferred, sold, traded, gave, transported, and delivered said firearm to an individual residing outside the States of Tennessee and Kentucky;

M.    On or about January 6, 2021, Raheem Johnson transferred $500 to [1] BRANDON MILLER via CashApp;

N.    On or about January 6, 2021, [2] JARIUS BRUNSON purchased a Springfield Armory XD MOD 2 .40 caliber pistol bearing serial number BY465572 from Gun & Knife Country, a FFL, in Oak Grove, Kentucky, at the direction of [1] BRANDON MILLER;

O.    On or about January 8, 2021, [2] JARIUS BRUNSON, at the direction of [1] BRANDON MILLER, purchased a firearm, to wit: a Glock 27, .40 caliber Pistol, Serial Number BPCF675, from Glory Guns and Pawn, a FFL, located in Oak Grove, Kentucky, and subsequently transferred, sold, traded, gave, transported, and delivered, through [1] BRANDON MILLER, said firearm to an individual residing outside the States of Tennessee and Kentucky;

P.    On or about January 8, 2021, [12] DRESHION PARKS contacted [1] BRANDON MILLER regarding his desire to purchase a firearm. [1] BRANDON MILLER told [12] DRESHION PARKS that he possessed firearms that he would sell to [12] DRESHION PARKS for $800;

8

Q. On or about January 9, 2021, [1] BRANDON MILLER text messaged [13] CHRISTOPHER MOSLEY a picture of a firearm and [13] CHRISTOPHER MOSLEY responded to [1] BRANDON MILLER with an address to travel to for delivery of the firearm;

R. On or about January 10, 2021, [1] BRANDON MILLER, [2] JARIUS BRUNSON, and [3] DEMARCUS ADAMS traveled from the Middle District of Tennessee to the greater Chicago area to deliver firearms they purchased in Kentucky and Tennessee to members and associates of the KTS Alliance in Chicago, Illinois, including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Dontae Thomas, now deceased, and others known and unknown to the Grand Jury;

S. On or about January 11, 2021, [1] BRANDON MILLER made automated teller machine (commonly known as an ATM) cash deposits of $2,560, $600, $600, $250, and $2,200 into a bank account he controlled;

T. On or about January 14, 2021, [17] KAREEM TOLER contacted [1] BRANDON MILLER via text message and informed him that he "got 8 for 1" and [1] BRANDON MILLER responded that [17] KAREEM TOLER should send him the money through a mobile payment application;

U. On or about January 15, 2021, Blaise Smith contacted [1] BRANDON MILLER regarding his desire to purchase a firearm. [1] BRANDON MILLER told Blaise Smith that he possessed a Glock 43x with a drum magazine that he would sell to Blaise Smith for $850;

V. On or about January 15, 2021, [17] KAREEM TOLER continued his text

9

message conversation with [1] BRANDON MILLER and they discussed what caliber a Glock 21 held before [17] KAREEM TOLER sent [1] BRANDON MILLER $400 through a mobile payment application (CashApp);

W.    On or about January 15, 2021, [1] BRANDON MILLER text messaged [13] CHRISTOPHER MOSLEY and informed [13] CHRISTOPHER MOSLEY that [13] CHRISTOPHER MOSLEY could obtain a drum magazine for a firearm [1] BRANDON MILLER had previously provided to [13] CHRISTOPHER MOSLEY. [13] CHRISTOPHER MOSLEY then directed [1] BRANDON MILLER to obtain two drum magazines;

X.    On or about January 16, 2021, [1] BRANDON MILLER sent [7] COREY CURTIS pictures of three firearms and stated that the price of one firearm was $820. [7] COREY CURTIS told [1] BRANDON MILLER that [1] COREY CURTIS was short money and needed to gather an additional $200 before [1] COREY CURTIS could purchase the firearm;

Y.    On or about January 17, 2021, [7] COREY CURTIS contacted [1] BRANDON MILLER regarding his purchase of a Glock 19 handgun. [1] BRANDON MILLER responded that the purchase price for the firearm was $875. [7] COREY CURTIS agreed to that price and requested the approximate delivery date of the firearm from [1] BRANDON MILLER;

Z.    On or about January 20, 2021, [1] BRANDON MILLER purchased a firearm, to wit: a Glock 21, .45 caliber Pistol, Serial Number AERW263, from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky, and subsequently transferred, sold, traded, gave, transported, and delivered said firearm to an individual residing outside the States of Tennessee and Kentucky;

10

AA.   On or about January 21, 2021, Raheem Johnson contacted [1] BRANDON MILLER regarding Raheem Johnson's desire to purchase a firearm. [1] BRANDON MILLER told Raheem Johnson that he possessed firearms manufactured by Springfield Armory ("xds"), firearms manufactured by Glock, and 1,000 rounds of 9mm ammunition available for Raheem Johnson to purchase;

BB.   On or about January 21, 2021, [1] BRANDON MILLER contacted Dwight Lowry regarding whether Dwight Lowry wanted to acquire additional firearms. Dwight Lowry responded, "Nah I'm happy with what I got. Only got the glock 23 glock 20 1911 .45 a .357 and the AR rn";

CC.   On or about January 21, 2021, [1] BRANDON MILLER contacted Dwight Lowry and asked, "U ain't got the 30 nomo or the xd," referring to two previously supplied firearms, to which Dwight Lowry responded, "Oh yeah I still got the xd nope I gave the 30 to Arthur";

DD.   On or about January 21, 2021, [1] BRANDON MILLER and Dwight Lowry discussed the large numbers of firearms provided by [1] BRANDON MILLER to individuals known to both of them. [1] BRANDON MILLER stated that [1] BRANDON MILLER had provided "40some" firearms, to which Dwight Lowry responded, "That's what's up! I hope they use em to protect themselves and each other and not just show off for videos. I'm tired of all the death";

EE.   On or about January 22, 2021, [2] JARIUS BRUNSON, at the direction of [1] BRANDON MILLER, purchased a firearm, to wit: a Glock 17, 9mm Pistol, Serial Number BRDK220, from Fort Campbell Main Exchange, a FFL, located on the Fort Campbell military installation in Kentucky, and subsequently transferred, sold, traded, gave, transported, and delivered, through [1] BRANDON MILLER, said firearm to an

11

individual residing outside the States of Tennessee and Kentucky;

FF. On or about January 22, 2021, [17] KAREEM TOLER continued his text message conversation with [1] BRANDON MILLER, during which they discussed the purchase of a Glock 17 and a Glock 21;

GG. On or about January 23, 2021, [17] KAREEM TOLER sent [1] BRANDON MILLER $200 through a mobile payment application (CashApp);

HH. On or about January 24, 2021, [7] COREY CURTIS shared [7] COREY CURTIS'S address with [1] BRANDON MILLER to facilitate the delivery of the Glock 19 handgun. [1] BRANDON MILLER responded that [1] BRANDON MILLER arrived at the address provided by [7] COREY CURTIS;

II. On or about January 25, 2021, Bryant Larkin made two money transfers via the Zelle banking application to [1] BRANDON MILLER for $1,000 and $800;

JJ. On or about January 26, 2021, Blaise Smith contacted [1] BRANDON MILLER regarding Blaise Smith's desire to purchase a firearm. Blaise Smith ordered two Glock handguns from [1] BRANDON MILLER, which [1] BRANDON MILLER advised would cost $1,700;

KK. On or about January 28, 2021, [13] CHRISTOPHER MOSLEY contacted [1] BRANDON MILLER and asked "can I plz get a deal one time" before telling [1] BRANDON MILLER that [13] CHRISTOPHER MOSLEY would send [1] BRANDON MILLER $600 via CashApp the following day;

LL. On or about February 2, 2021, [13] CHRISTOPHER MOSLEY was arrested by members of the Chicago Police Department, who recovered a Glock 23, .40 caliber firearm bearing Serial Number AEKW006 from a satchel around [13] CHRISTOPHER MOSLEY'S shoulders;

12

MM.     On or about February 4, 2021, [14] DONAVER JONES sent Blaise Smith $796 via Cash App;

NN.     On or about February 9, 2021, [14] DONAVER JONES sent Blaise Smith $348 via Cash App;

OO.     On or about February 11, 2021, [1] BRANDON MILLER contacted Dwight Lowry via text message and asked "[y]ou good on rods." Dwight Lowry responded, "I think my homie want something I'm at work I'll call you when I get off." [1] BRANDON MILLER responded, "I'm sitting on a decent amount of em I'm fina get some new shit clearing space." Dwight Lowry asked, "What u tryna get rid of and how much," to which [1] BRANDON MILLER responded, "I got Glock 17 19 43 and big glocks for you 725 a pop wit eggs but anybody else I need 8 without eggs," and later advised that Dwight Lowry would "get all the bells and whistles they jus getting plain Jane";

PP.     On or about February 12, 2021, [1] BRANDON MILLER purchased a firearm, to wit: a Glock 43X, 9mm Pistol, Serial Number BSDN847, from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky, and subsequently transferred, sold, traded, gave, transported, and delivered said firearm to an individual residing outside the States of Tennessee and Kentucky;

QQ.     On or about February 12, 2021, [1] BRANDON MILLER purchased a firearm, to wit: a Glock 27Gen5 bearing serial number BPAK426, from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky;

RR.     On or about February 12, 2021, [1] BRANDON MILLER provided Terrell Mitchell with [1] BRANDON MILLER's CashApp username via text message to facilitate the transfer of money from individuals in Chicago to [1] BRANDON MILLER for the purchase of firearms. [1] BRANDON MILLER then messaged Terrell Mitchell and stated,

13

"jus[t] got it and I'll grab the rest w[h]en I slide up there blood" and indicated that he would be in Chicago the following weekend;

SS. On or about February 13, 2021, [8] ELIJAH TILLMAN requested to purchase a Glock 27Gen5 from [1] BRANDON MILLER, coordinated how [8] ELIJAH TILLMAN would pay [1] BRANDON MILLER for the requested firearm, and discussed the purchase of ammunition from [1] BRANDON MILLER via text message;

TT. On or about February 18, 2021, [14] DONAVER JONES sent BLAISE SMITH $348 via CashApp;

UU. On or about February 20, 2021, [1] BRANDON MILLER asked Terrell Mitchell for Terrell Mitchell's address in Chicago to facilitate the delivery of firearms and then alerted Terrell Mitchell when [1] BRANDON MILLER arrived at Terrell Mitchell's address;

VV. On or about February 20, 2021, Terrell Mitchell sent $300 to [1] BRANDON MILLER via CashApp. [1] BRANDON MILLER responded that [1] BRANDON MILLER was "fina [fixing to] hit the road about five dere around 2";

WW. On or about February 20, 2021, Bryant Larkin transferred $900 to [2] JARIUS BRUNSON via CashApp as payment for a firearm;

XX. On or about February 20, 2021, [8] ELIJAH TILLMAN contacted [1] BRANDON MILLER, who had traveled to Chicago from the Middle District of Tennessee, to coordinate the delivery of a firearm;

YY. On or about February 23, 2021, [14] DONAVER JONES sent Blaise Smith $348 via CashApp;

14

ZZ. On or about February 23, 2021, Khalief Whitfield, now deceased, made two money transfers via the Zelle banking application to [1] BRANDON MILLER for $1,000 and $2,200;

AAA. On or about February 24, 2021, [1] BRANDON MILLER transferred $1,500 to [2] JARIUS BRUNSON via CashApp. [2] JARIUS BRUNSON used that money to purchase a Glock 27 Gen5, Serial Number BPAK427, from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky;

BBB. On or about February 25, 2021, Khalief Whitfield, now deceased, transferred $900 via the Zelle banking application to [1] BRANDON MILLER;

CCC. On or about February 26, 2021, [2] JARIUS BRUNSON purchased a Brigade BM 9mm handgun, Serial Number 18003F, and a Glock 35 Gen4 .40 mm handgun, Serial Number ACHD780, from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky;

DDD. On or about February 27, 2021, [15] JOVANTE KELLER contacted [1] BRANDON MILLER via text message to request that [1] BRANDON MILLER obtain a firearm for [15] JOVANTE KELLER;

EEE. On or about February 28, 2021, [1] BRANDON MILLER contacted [15] JOVANTE KELLER via text message and directed [15] JOVANTE KELLER to send [1] BRANDON MILLER $700 via a mobile payment application, which [1] BRANDON MILLER stated would cover half of the cost of a "Draco" firearm;

FFF. On or about March 1, 2021, Blaise Smith contacted [1] BRANDON MILLER to purchase two additional Glock handguns, which [1] BRANDON MILLER told Blaise Smith would cost $1,650;

GGG. On or about March 1, 2021, [12] DRESHION PARKS contacted [1]

15

BRANDON MILLER regarding [12] DRESHION PARKS's desire to purchase a Glock firearm. [1] BRANDON MILLER told [12] DRESHION PARKS that [1] BRANDON MILLER possessed a Glock firearm that [1] BRANDON MILLER would sell to [12] DRESHION PARKS;

HHH. On or about March 2, 2021, Raheem Johnson contacted [1] BRANDON MILLER regarding Raheem Johnson's desire to purchase a firearm. Raheem Johnson told [1] BRANDON MILLER that Raheem Johnson had $600 to purchase a firearm and that Raheem Johnson "aint tryna [to] miss the last shipment" of firearms [1] BRANDON MILLER was scheduled to bring to Chicago in early March;

III. On or about March 3, 2021, [1] BRANDON MILLER purchased four handguns from Clarksville Gun & Archery, a FFL, located in Clarksville, Tennessee;

JJJ. On or about March 4, 2021, [1] BRANDON MILLER contacted Blaise Smith and stated that [1] BRANDON MILLER had just purchased multiple firearms and was out of money to purchase additional firearms at the moment;

KKK. On or about March 4, 2021, Blaise Smith contacted [1] BRANDON MILLER in order to pay for the ordered firearms. [1] BRANDON MILLER informed Blaise Smith that the username for [1] BRANDON MILLER's CashApp account was "$bigarsenal". Blaise Smith informed [1] BRANDON MILLER that Blaise Smith would send $1,000 (for the purchase of the firearms) in two separate transfers of $500 each. [1] BRANDON MILLER's CashApp account with username "$bigarsenal" received two $500 deposits from Blaise Smith that same day.

LLL. On or about March 5, 2021, Bryant Larkin transferred $675 to [2] JARIUS BRUNSON via CashApp as payment for firearms. [2] JARIUS BRUNSON then purchased

three firearms from Paducah Shooter's Supply Inc., a FFL, located in Paducah, Kentucky, the following day, March 6, 2021;

MMM. On or about March 5, 2021, [1] BRANDON MILLER transferred $1,300 to [3] DEMARCUS ADAMS via CashApp as payment for firearms. [3] DEMARCUS ADAMS then purchased three firearms that same day, including a Glock 17 9mm pistol bearing serial number BPFA612;

NNN. On or about March 5, 2021, Terrell Mitchell requested, via text message, that [1] BRANDON MILLER purchase Terrell Mitchell a Draco model firearm and advised [1] BRANDON MILLER that Terrell Mitchell "just put money on the card." These text messages coincide with two CashApp transfers from Terrell Mitchell to [1] BRANDON MILLER that day for $500 and $1,000;

OOO. On or about March 6, 2021, Terrell Mitchell coordinated the purchase price of firearms with [1] BRANDON MILLER, which coincides with two CashApp transfers of $300 from Terrell Mitchell to [1] BRANDON MILLER, one on March 6, 2021, and the other on March 7, 2021;

PPP. On or about March 6, 2021, [14] DONAVER JONES contacted [1] BRANDON MILLER via text message and stated "This lildon lilbro let me get that . . . I'm good for it on rio . . . ima give you the bread but I need that extra pipe folks it's 100K out here on us lil bro";

QQQ. On or about March 6, 2021, [15] JOVANTE KELLER contacted [1] BRANDON MILLER via text message to ask where [1] BRANDON MILLER was. [1] BRANDON MILLER responded that [1] BRANDON MILLER was "fina give folks these 3 joints and we coming to da hood" and also confirmed that [1] BRANDON MILLER had an "FN" firearm for [15] JOVANTE KELLER;

17

RRR. Beginning on or about the evening of March 6, 2021, and continuing through the early morning hours of March 7, 2021, [1] BRANDON MILLER traveled from the Middle District of Tennessee to the Chicago area for the purpose of delivering firearms to individuals living in the Chicago area, including Blaise Smith, Terrell Mitchell, and Londre Sylvester;

SSS. On or about March 7, 2021, [17] KAREEM TOLER sent [1] BRANDON MILLER $40 through a mobile payment application (CashApp);

TTT. On or about March 7, 2021, Blaise Smith contacted [1] BRANDON MILLER and instructed [1] BRANDON MILLER to "drop them [the firearms] off" and [1] BRANDON MILLER responded that [1] BRANDON MILLER was approximately an hour away;

UUU. On or about March 19, 2021, Raheem Johnson contacted [1] BRANDON MILLER to coordinate the purchase and delivery of firearms from Tennessee to Chicago. Raheem Johnson informed [1] BRANDON MILLER that multiple individuals would be sending Raheem Johnson money to purchase firearms for delivery sometime in April;

VVV. On or about March 28, 2021, Raheem Johnson contacted [1] BRANDON MILLER to coordinate the purchase and delivery of firearms from Tennessee to Chicago by informing [1] BRANDON MILLER that "[w]e need all typa shit." [1] BRANDON MILLER responded to Raheem Johnson that the firearms would be "7-750 [dollars] a piece";

WWW. On or about April 1, 2021, Raheem Johnson asked [1] BRANDON MILLER when [1] BRANDON MILLER would be delivering more firearms. [1] BRANDON MILLER responded, "whenever I get the rest of the units" and advised that [1] BRANDON MILLER had already purchased the following models of Glock firearms:

18

"19, 22, 17, [and] 26";

XXX. On or about April 1, 2021, [1] BRANDON MILLER informed Bryant Larkin, "I got 4 [firearms] so far and I'm still working to some more";

YYY. On or about April 1, 2021, [1] BRANDON MILLER transferred $1,000 to [3] DEMARCUS ADAMS, who then purchased a Glock GMBH Model 22 Gen 5 handgun bearing serial number BSLS061 and a Glock GMBH Model 19 handgun bearing serial number BTCF330 from The Shell Shop, a FFL, located in Hopkinsville, Kentucky;

ZZZ. On or about April 1, 2021, [1] BRANDON MILLER transferred over $500 to [2] JARIUS BRUNSON, who then purchased a Glock GMBH Model 17 handgun bearing serial number BSNE936 and a Glock GMBH Model 19 handgun bearing serial number BJCF270 from The Shell Shop, a FFL, in Hopkinsville, Kentucky;

AAAA. On or about April 3, 2021, [1] BRANDON MILLER informed Bryant Larkin that [1] BRANDON MILLER was 90 miles away from Chicago and Bryant Larkin told [1] BRANDON MILLER to park in front of Bryant Larkin's building when he arrived;

BBBB.On or about April 4, 2021, [1] BRANDON MILLER and Bryant Larkin discussed the delivery of firearms, payment issues related to the delivery of the firearms, and what happened to Glock switches that [1] BRANDON MILLER intended to deliver with the firearms;

CCCC.On or about April 15, 2021, [1] BRANDON MILLER sent Bryant Larkin a picture via text message of firearm cases stacked up in [1] BRANDON MILLER'S residence with the caption "aint even half";

DDDD. On or about April 16, 2021, [1] BRANDON MILLER sent Bryant Larkin a text message indicating that [1] BRANDON MILLER did not "wan[n]a hear about no mo funerals brung every heat mfs asked to keep all da guys here . . . I gave folks top picks

first" and later that day indicated that [1] BRANDON MILLER planned to deliver more firearms in "May after [] therapy";

EEEE. On or about April 21, 2021, [8] ELIJAH TILLMAN contacted [1] BRANDON MILLER via text message and informed [1] BRANDON MILLER that [1] BRANDON MILLER needed a Glock 23 and also discussed other firearms' purchases and deliveries from [1] BRANDON MILLER, to individuals in the Chicago area;

FFFF. On or about April 25, 2021, Raheem Johnson asked [1] BRANDON MILLER whether [1] BRANDON MILLER had purchased the Glock 27 that Raheem Johnson previously ordered and advised that Raheem Johnson was sending additional funds to cover the purchase of the firearm. In response, [1] BRANDON MILLER provided [1] BRANDON MILLER's CashApp username "$bigarsenal" to facilitate the transfer of funds and confirmed that Raheem Johnson owed [1] BRANDON MILLER $750 for the firearms;

GGGG. On or about April 27, 2021, [1] BRANDON MILLER transferred over $1,100 to a person known to the Grand Jury who then purchased a Glock GMBH Model 20 Gen4 handgun bearing serial number BTEL971 and a Glock GMBH Model 23 handgun bearing serial number BTAB745 from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky, and provided these firearms to [1] BRANDON MILLER;

HHHH. On or about April 27, 2021, [2] JARIUS BRUNSON, at the direction of [1] BRANDON MILLER, purchased a firearm, to wit: a Glock 33, .357 caliber Pistol, Serial Number BTCN972, from Gun & Knife Country, a FFL, located in Oak Grove, Kentucky, and transferred said firearm to the possession of [1] BRANDON MILLER for the purpose of subsequently transferring said firearm to an individual residing outside the States of Tennessee and Kentucky;

IIII. On or about April 28, 2021, [1] BRANDON MILLER possessed a Glock 33, .357 caliber pistol bearing serial number BTCN972; a Glock 27Gen5 .40 caliber pistol bearing serial number BTFA977; a Glock 23 .40 caliber pistol bearing serial number BTKB361; a Glock 20gen4 10mm pistol bearing serial number BTEL971; and a Glock 27gen5 .40 caliber pistol bearing serial number BTAB745.

JJJJ. On or about June 12, 2022, [14] DONAVER JONES was arrested by the Chicago Police Department with a Glock 17 9mm pistol that was purchased by [3] DEMARCUS ADAMS on March 5, 2021.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO

(Money Laundering Conspiracy—18 U.S.C. § 1956(h))

THE GRAND JURY FURTHER CHARGES:

PURPOSE OF THE CONSPIRACY

12. The allegations contained in Paragraphs 1 through 11 are realleged and incorporated by reference as if fully set forth herein.

13. Beginning on a date unknown to the Grand Jury, but since at least in or about October 2020, and continuing through on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the

21

Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956:

A. To knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, any person who, with the intent to engage in the business of dealing in firearms and in the course of such business, to ship, transport, or receive any firearm in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A), travels from any State into any other State and acquires or attempts to acquire a firearm in such other State in furtherance of such purpose, in violation of Title 18, United States Code, Section 924(n), with the intent to promote the carrying on of specified unlawful activity; and

B. To knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, any person who, with the intent to engage in the business of dealing in firearms and in the course of such business, to ship, transport, or receive any firearm in interstate or foreign commerce, in violation of section 922(a)(1)(A), travels from any State into any other State and acquires or attempts to acquire a firearm in such other State in furtherance of such purpose, in violation of Title 18, United States Code, Section 924(n), with the intent to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

22

<u>MANNER AND MEANS</u>

14.    The manner and means used to accomplish the objectives of the conspiracy included:

A.    [1] BRANDON MILLER would purchase, and would direct [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, and others known and unknown to the Grand Jury, to purchase firearms from FFLs, licensed under Chapter 44 of Title 18, United States Code, for sale to others known and unknown to the Grand Jury, including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, all members and associates of the KTS Alliance in Chicago, Illinois;

B.    In order to avoid detection, [1] BRANDON MILLER, [2] JARIUS BRUNSON, and [3] DEMARCUS ADAMS would purchase firearms by falsely claiming on ATF Form 4473, the required Firearms Transaction Record, that they were the buyers and transferees of the firearms, when in fact others known and unknown to the Grand Jury, including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, all members and associates of the KTS Alliance in Chicago, Illinois, were the true buyers and transferees of the firearms;

23

C.     [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, would conduct financial transactions related to the purchase and sale of firearms through web-based applications such as CashApp and Zelle and electronic bank transfers;

D.     In order to cover the cost of purchasing firearms, [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, and others known and unknown to the Grand Jury would pay money to [1] BRANDON MILLER, or to others at [1] BRANDON MILLER's direction, such as [2] JARIUS BRUNSON and [3] DEMARCUS ADAMS, through web-based applications such as CashApp and Zelle and electronic bank transfers to facilitate the purchase of the firearms;

E.     [1] BRANDON MILLER would deposit money into the accounts of third parties and then have the money transferred from the third party's bank account to his account, which he would then use to purchase items as well as firearms and ammunition;

F.     [1] BRANDON MILLER would provide money to [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, and others known and unknown to the Grand

Jury, either in advance of the purchase of the firearms or as a reimbursement after the purchase of the firearms; and

G. [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, and others known and unknown to the Grand Jury, then transferred, sold, traded, gave, transported, and delivered these firearms to individuals who resided outside of the States of Tennessee and Kentucky, including in Chicago, Illinois, including [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin, Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, and Dontae Thomas, now deceased, all members and associates of the KTS Alliance in Chicago, Illinois.

All in violation of Title 18, United States Code, Section 1956(h).

<u>COUNT THREE</u>

(Conspiracy to Commit 924(c) Offenses—18 U.S.C. § 924(o))

THE GRAND JURY FURTHER CHARGES:

15. The allegations set forth in Paragraphs 1 through 14 are realleged and incorporated by reference as if fully set forth herein.

16. Beginning on a date unknown to the Grand Jury, but since at least in or about October 2020, and continuing through the present, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, [17] KAREEM TOLER, Blaise Smith, Raheem Johnson, Bryant Larkin,

25

Terrell Mitchell, Dwight Lowry, Khalief Whitfield, now deceased, Londre Sylvester, now deceased, now deceased, to possess firearms in furtherance of drug trafficking crimes for which they may be prosecuted in a court of the United States, to wit, distribution of, and possession with intent to distribute, controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and to use and carry firearms during and in relation to crimes of violence for which they may be prosecuted in a court of the United States, to wit, assault with a dangerous weapon in aid of racketeering and assault in aid of racketeering resulting in serious bodily injury, in violation of Title 18, United States Code, Section 1959(a)(3).

All in violation of Title 18, United States Code, Section 924(o).

COUNT FOUR

(Engaging in Business Without a License (Firearms)—18 U.S.C. § 922(a)(1))

THE GRAND JURY FURTHER CHARGES:

Beginning not later than in or about October 2020, the exact date being unknown to the Grand Jury, through on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, [2] JARIUS BRUNSON, and [3] DEMARCUS ADAMS, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT FIVE

(False Statement During Purchase of a Firearm—18 U.S.C. § 922(a)(6))

THE GRAND JURY FURTHER CHARGES:

On or about December 28, 2020, in the Middle District of Tennessee, [3] DEMARCUS ADAMS, in connection with the acquisition of a firearm, to wit: a Glock 17, 9mm pistol, Serial

26

Number BRWA198, from Tennessee Gun Country, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Tennessee Gun Country, which statement was intended and likely to deceive Tennessee Gun Country, as to a fact material to the lawfulness of the sale and acquisition of said firearm to [3] DEMARCUS ADAMS under Chapter 44 of Title 18, United States Code, in that [3] DEMARCUS ADAMS falsely represented on ATF Form 4473, the Firearms Transaction Record, that [3] DEMARCUS ADAMS was the transferee and buyer of said firearm, when in fact, [3] DEMARCUS ADAMS purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT SIX

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about December 28, 2020, and on or about March 26, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER and [3] DEMARCUS ADAMS, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 17, 9mm pistol, Serial Number BRWA198, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and [3] DEMARCUS ADAMS were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

27

COUNT SEVEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about January 4, 2021, and on or about February 2, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 23, .40 caliber Pistol, Serial Number AEKW006, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

COUNT EIGHT

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about January 8, 2021, and on or about March 26, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER and [2] JARIUS BRUNSON, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: Glock 27, .40 caliber Pistol, Serial Number BPCF675, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code,

28

and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and [2] JARIUS BRUNSON were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

COUNT NINE

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about January 20, 2021, and on or about March 11, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: Glock 23, .40 caliber Pistol, Serial Number AERW236, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

COUNT TEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about January 22, 2021, and on or about March 26, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER and [2] JARIUS BRUNSON, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning

29

of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 17, 9mm Pistol, Serial Number BRDK220, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and [2] JARIUS BRUNSON were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

COUNT ELEVEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about January 22, 2021, and on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, aided and abetted by an individual known to the Grand Jury, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 22, .40 caliber pistol, Serial Number BSLU559, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and the individual known to the Grand Jury were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

30

COUNT TWELVE

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about January 22, 2021, and on or about March 26, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER and [2] JARIUS BRUNSON, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 17 Gen5, 9mm pistol, Serial Number BPKP034, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and [2] JARIUS BRUNSON were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

COUNT THIRTEEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about February 12, 2021, and on or about March 26, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: Glock 43X, 9mm Pistol, Serial Number BSDN847, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was

31

not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

## COUNT FOURTEEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about February 12, 2021, and on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Smith & Wesson SD40VE .40 caliber pistol, Serial Number FDA5336, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT FIFTEEN

(False Statement During Purchase of a Firearm—18 U.S.C. § 922(a)(6))

THE GRAND JURY FURTHER CHARGES:

On or about February 25, 2021, in the Middle District of Tennessee, [1] BRANDON MILLER, in connection with the acquisition of a firearm, to wit a Glock 45, 9mm pistol, Serial Number BSBC884, from Clarksville Gun & Archery, a FFL licensed under Chapter 44 of Title

32

18, United States Code, knowingly made a false and fictitious written statement to Clarksville Gun & Archery, which statement was intended and likely to deceive Clarksville Gun & Archery, as to a fact material to the lawfulness of the sale and acquisition of said firearm to [1] BRANDON MILLER under Chapter 44 of Title 18, United States Code, in that [1] BRANDON MILLER falsely represented on ATF Form 4473, the Firearms Transaction Record, that [1] BRANDON MILLER was the transferee and buyer of said firearm, when in fact, [1] BRANDON MILLER purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT SIXTEEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about February 27, 2021, and on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER and [2] JARIUS BRUNSON, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 17 Gen5, 9mm Pistol, Serial Number BRNF258, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and [2] JARIUS BRUNSON were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

COUNT SEVENTEEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about March 5, 2021, and on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER and [2] JARIUS BRUNSON, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 19, 9mm pistol, Serial Number BSCB342, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and [2] JARIUS BRUNSON were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

COUNT EIGHTEEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about March 6, 2021, and on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER and [2] JARIUS BRUNSON, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Pioneer Arms Corp. Hellpup AKM-47 7.62 mm pistol, Serial Number PAC1145824, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter

34

44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER and [2] JARIUS BRUNSON were residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

## COUNT NINETEEN

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about March 13, 2021, and on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Smith & Wesson M&P .45 caliber pistol, Serial Number HTL1203, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNT TWENTY

(False Statement During Purchase of a Firearm—18 U.S.C. § 922(a)(6))

THE GRAND JURY FURTHER CHARGES:

On or about April 1, 2021, in the Middle District of Tennessee, [1] BRANDON MILLER, in connection with the acquisition of a firearm, to wit a Glock 17, 9mm pistol, Serial Number

35

AFKD437, from Clarksville Gun & Archery, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Clarksville Gun & Archery, which statement was intended and likely to deceive Clarksville Gun & Archery, as to a fact material to the lawfulness of the sale and acquisition of said firearm to [1] BRANDON MILLER under Chapter 44 of Title 18, United States Code, in that [1] BRANDON MILLER falsely represented on ATF Form 4473, the Firearms Transaction Record, that [1] BRANDON MILLER was the transferee and buyer of said firearm, when in fact, [1] BRANDON MILLER purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWENTY-ONE

(Transferring a Firearm to an Out-of-State Resident—18 U.S.C. § 922(a)(5))

THE GRAND JURY FURTHER CHARGES:

Between on or about April 1, 2021, and on or about April 28, 2021, in the Middle District of Tennessee and elsewhere, [1] BRANDON MILLER, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, to wit: a Glock 17, 9mm pistol, Serial Number AFKD437, to an individual outside of the States of Tennessee and Kentucky who was not a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing that said person was not then residing in the States of Tennessee and Kentucky, the States in which [1] BRANDON MILLER was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, or delivery of said firearm.

In violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

1.    The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2.    Upon conviction of any one of Counts One and Three through Twenty-One, [1] BRANDON MILLER, [2] JARIUS BRUNSON, [3] DEMARCUS ADAMS, [7] COREY CURTIS, [8] ELIJAH TILLMAN, [10] LAZARUS GREENWOOD, [12] DRESHION PARKS, [13] CHRISTOPHER MOSLEY, [14] DONAVER JONES, [15] JOVANTE KELLER, [16] KADEEM TOLER, and [17] KAREEM TOLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922, including the firearms and ammunition listed below:

    a.    a Glock 17, 9mm pistol, Serial Number BRWA198;

    b.    a Glock 23, .40 caliber pistol, Serial Number AEKW006;

    c.    a Glock 27, .40 caliber pistol, Serial Number BPCF675;

    d.    a Glock 21, .45 caliber pistol, Serial Number AERW263;

    e.    a Glock 17, 9mm pistol, Serial Number BRDK220;

    f.    a Glock 43X, 9mm pistol, Serial Number BSDN847;

    g.    a Glock 33, .357 caliber pistol, Serial Number BTCN972;

    h.    a Smith & Wesson SD40VE .40 caliber pistol, Serial Number FDA5336;

    i.    a Smith & Wesson M&P .45 caliber pistol, Serial Number HTL1203;

    j.    a Glock 45, 9mm pistol, Serial Number BSBC884;

    k.    a Glock 17, 9mm pistol, Serial Number AFKD437;

    l.    a Glock 27 Gen5, .40 caliber pistol, Serial Number BTFA977;

    m.    a Glock 23, .40 caliber pistol, Serial Number BTKB361;

n.      a Glock 19, 9mm pistol, Serial Number BSCB342;

o.      a Glock 26 Gen5, 9mm pistol, Serial Number ADRA567;

p.      a Glock 17 Gen5, 9mm pistol, Serial Number BPKP034;

q.      a Glock 17 Gen5, 9mm Pistol, Serial Number BRNF258;

r.      a Pioneer Arms Corp. Hellpup AKM-47 7.62 mm pistol, Serial Number PAC1145824;

s.      a Glock 27 Gen5, .40 caliber pistol, Serial Number BTAB745;

t.      a Glock 20 Gen4, 10 mm pistol, Serial Number BTEL971; and

u.      a Glock 22, .40 caliber pistol, Serial Number BSLU559.

A TRUE BILL

███████████████████████

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

JOSHUA A. KURTZMAN
KATHRYN RISINGER
ASSISTANT UNITED STATES ATTORNEYS

38